IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JASON SCOTT CLARK, <br> # 90381, <br> Petitioner, <br><br> v. <br><br> HUNT COUNTY SHERIFF <br> DEPARTMENT, et al., <br> Respondents. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | No. 3:24-CV-2796-D |

## **ORDER**

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the findings and conclusions of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

For the reasons stated in the findings, conclusions, and recommendation of the United States Magistrate Judge, by separate judgment any habeas claims in the Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241, received on November 5, 2024 (Dkt. No. 3), will be dismissed without prejudice for failure to exhaust state remedies, and any non-habeas civil claims will be dismissed without prejudice to seeking relief in Civil Action No. 3:24-CV-1740-D or Civil Action No. 3:24-CV-2553-L-BK, pending in this court.

A certificate of appealability is not required to appeal the denial of relief under 28 U.S.C. § 2241. *See Padilla v. United States*, 416 F.3d 424, 425 (5th Cir. 2005) (per curiam). If the petitioner files a notice of appeal, he must pay the $605.00 appellate filing fee or submit a motion to proceed *in forma pauperis* and a properly signed certificate of inmate trust account.

**SO ORDERED**.

January 6, 2025.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE